BENJAMIN B. WAGNER
United States Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:14-MJ-00009-CKD |
| Plaintiff, | ) [~~PROPOSED~~] ORDER TO DISMISS COUNT ONE OF THE INFORMATION |
| v. | ) |
| CLINTON MILLER, | ) |
| Defendant. | ) |

It is hereby ordered that Count One of the Information in Case Number 2:14-MJ-00009-CKD is dismissed without prejudice.

IT IS SO ORDERED

Dated:  March 6, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE